# inter-office communication

**to:** U.S. DISTRICT CLERK OF COURTS  **date:** 11-25-03

**from:** CASHIERS OFFICE - PICKAWAY CORRECTIONAL INSTITUTION

**subject:** RELEASE OF INMATE:   THOMAS PAYNE #418-115  #C-1-01-694  #C-1-01-695

CLERK,

THIS IS TO NOTIFY THE COURT THAT INMATE   THOMAS PAYNE  , WAS

RELEASED FROM OUR FACILITY:   EST 11-26-03

HE LEFT THIS FORWARDING ADDRESS:
THOMAS PAYNE
153 HOLLAND AVE. APT. B
LEBANON, OH. 45036

PLEASE DO NOT HESITATE TO CALL IF YOU HAVE ANY QUESTIONS.

*[signature: J. Rice]*

CASHIERS OFFICE
PICKAWAY CORRECTIONAL INSTITUTION
(614) 877-4362, EXT. 345-346 or 348

**FILED**

DEC 0 3 2003

Terry Deinlein, Acting Clerk
Cincinnati, Ohio

GEN 1001 (3/84)